Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Collette Winn**

Case Number:  **2:14CR00220**

Name of Sentencing Judicial Officer: **Honorable James C. Mahan**

Date of Original Sentence: **March 18, 2015**

Original Offense: **Conspiracy and Theft of Mail**

Original Sentence: **15 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **August 19, 2016**

## SUMMARY

The above-named offender is requesting to travel to Tijuana, Baja California, Mexico from May 25 through May 30, 2017, to undergo Bariatric surgery.

Winn is in compliance with her conditions of supervision, and is active in outside programs which not only better herself, but also her community.  Winn has provided documentation for the bariatric surgery, and has been approved by her physician to proceed. Winn's roommate went through with the surgery in December, and has experienced great success.

The offender reports she will travel to Mexico on the 25th, undergo surgery on the 26th, and will require a three-day hospital stay. According to her documentation, she will be released on May 30, 2017, after 11:00 a.m.

The probation office has no objection to Winn's travel to Mexico for this surgery. The United States Attorney's Office was contacted regarding their position on Winn's travel. Assistant U.S. Attorney, Brandon Jaroch reviewed Winn's case and considered her status on supervision. He reported he has no objection to Winn's travel.

Should the Court have questions or concerns regarding Winn's supervised release or her travel request, this officer can be reached at (702) 280-4470.

RE: Collette Winn

Form 12 - Travel
D/NV Form
Rev. June 2014

Respectfully submitted,

_____
Sunny Cascio
United States Probation Officer

Approved:

_____
Todd J. Fredlund
Supervisory United States Probation Officer

*THE COURT ORDERS*

X  Requested Travel is Approved

☐  Requested Travel is Denied

☐  Other

_____
Signature of Judicial Officer

March 27, 2017
_____
Date