# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-220 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| COLLETTE WINN, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *United States of America v. Sone et al*, case number 2:14-cr-00220-JCM-GWF-2, regarding defendant Collette Winn. On August 23, 2017, Winn filed a motion for early termination of supervised release. (ECF No. 62).

Briefing shall proceed as follows: the government has twenty-one (21) days from the date of this order to file a response. Thereafter, defendant has fourteen (14) days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that the government shall file a response to defendant's motion for early termination of supervised release (ECF No. 62) later than twenty-one (21) days from the date of this order. Defendant shall file a reply within fourteen (14) days of the date the government responds.

DATED September 7, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**